

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Gregory Bernstein*
*Assistant United States Attorney*
*Gregory.Bernstein@usdoj.gov*

*Mailing Address:*
*6500 Cherrywood Lane, Suite 200*
*Greenbelt, Maryland*

*Office Location:*
*6406 Ivy Lane, 8th Floor*
*Greenbelt, Maryland*

*Direct: 301-344-0862*
*Main: 301-344-4433*
*Fax: 301-344-4516*

November 6, 2020

Re:  <u>United States v. Steven Roger Jerome</u>,
      Criminal No. GJH-18-292

Dear Judge Hazel:

The government writes in advance of Steven Jerome's sentencing hearing, which is scheduled for November 26, 2020. On January 13, 2020, Jerome was charged in a superseding indictment with conspiring to distribute controlled substances, and two counts of distributing controlled substances resulting in the deaths of victims Angela Bailey and Tina Hancock, in violation of 21 U.S.C. §§ 846 and 848.

One month later, Jerome pled guilty to distributing a controlled substance to Bailey (which was necessarily included in the fatal overdose count), in violation of 21 U.S.C. § 841. Jerome admitted that the fentanyl he distributed to Bailey (Victim 1) on September 6, 2017 caused Bailey's fatal overdose, and that the fentanyl he distributed to Hancock (Victim 3) on Mach 26, 2018 caused her fatal overdose. Because Jerome's adjusted offense level is 40 and he's in Criminal History Category VI,[1] the guideline range is 292 to 365 months in prison. With that said, the plea agreement, entered pursuant to Rule(c)(1)(C), provides that the sentence will be 150 months in prison.

Though Jerome was a low-level dealer (who also used fentanyl), the facts of this case warrant significant punishment. Bailey was a young mother who, around the time she met Jerome in 2017, began using heroin.[2] On September 6, 2017, Jerome had Bailey drive

---

[1] Jerome had 20 criminal history points, though mostly for less serious offenses.

[2] As used in this sentencing memorandum, the term "heroin" refers to heroin mixed with fentanyl, as the drug is commonly sold in Maryland.

him to Waldorf so that Jerome could obtain prescription pills and meet with Rodney Coby, who that day supplied Jerome with fentanyl. In Waldorf, Jerome distributed fentanyl to Bailey (an in fact loaded the needle that killed Bailey). Once Bailey began overdosing in Waldorf, rather than driving Bailey to a hospital, Jerome drove Bailey 35 miles to St. Clemente Shore in Leonardtown, Maryland, and left Bailey in her car to die, likely because he did not want to get arrested on a violation of probation warrant. Ex. 1 at 34. By the time first responders arrived, Bailey could no longer be resuscitated. She left behind two young children. Ex. 2. In March 2018, Jerome distributed more fentanyl to Hancock—Jerome's mother, who Jerome directed to "find" Bailey's body six months earlier. Hancock used that fentanyl, and on March 26, 2018, fatally overdosed in her home. Based on the facts to which Jerome admitted in his plea agreement, the agreed-upon sentence of 150 months in prison is warranted.

        Sincerely,

        /s/ Gregory Bernstein
        Gregory Bernstein
        Assistant United States Attorneys